B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bieberle Enterprises, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3756679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2606 Mandan Trail**<br>**Winter Park, FL**<br>ZIP Code **32789** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1810**<br>**Goldenrod, FL**<br>ZIP Code **32733** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **Orange County** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) | Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bieberle Enterprises, Inc** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Bieberle Enterprises, Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ L. William Porter III
Signature of Attorney for Debtor(s)

**L. William Porter III 0116882**
Printed Name of Attorney for Debtor(s)

**BOGIN, MUNNS & MUNNS, P.A.**
Firm Name

**2601 Technology Drive**
**Orlando, FL 32804**

_____
Address

**407-578-1334 Fax: 407-5782181**
Telephone Number

**February 19, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Darda Bieberle
Signature of Authorized Individual

**Darda Bieberle**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 19, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF CORPORATE RESOLUTION
## OF
## BIEBERLE ENTERPRISES, INC.

The undersigned, President of BIEBERLE ENTERPRISES, INC., a Florida corporation (the "Corporation"), hereby certifies that:

1.      The Corporation is a duly formed, validly existing corporation in good standing under the laws of the State of Florida and is authorized in good standing to transact business in the State of Florida.

2.      At a special meeting of the board of directors of the Corporation, duly and regularly held in accordance with its By-Laws on February 18, 2014, at which a quorum was present and voting, the following resolution was unanimously adopted, and the same has not been revoked, canceled, annulled or amended in any manner and is in full force and effect on the date hereof.

3.      The undersigned do hereby take the following action by unanimous consent:

**WHEREAS**, the Corporation has multiple obligations to multiple lenders on real property located in and around Orange County, Florida; and,

**WHEREAS**, the Corporation desires to file a petition under Chapter 11 of the Bankruptcy Code in order to attempt to reorganize its debts and interests in order to retain the aforementioned real property on terms which will make it feasible to retain same; and,

**WHEREAS**, it is of a business benefit to the Corporation to reorganize its business,

**NOW, THEREFORE, BE IT RESOLVED** that any one of the following officers of this Corporation are authorized and directed on behalf of the Corporation to execute any and all paperwork, applications, petitions, certifications, ratifications or other documents authorizing a bankruptcy filing by the Corporation in the Bankruptcy Court for the Middle District of Florida, Orlando Division, and to take all actions required with and attendant to such a filing:

| Name | Title |
|------|-------|
| Darda Bieberle | President |
| Wendy Bieberle | Vice-President |

IN WITNESS WHEREOF, the undersigned have hereunto set their hand this 18 day of February, 2014.

BIEBERLE ENTERPRISES, INC.

_Darda Bietolt_

Darda Bieberle, President

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF ORANGE            )

The foregoing instrument was sworn to, subscribed and acknowledged before me this 18 day of February, 2014, by Darda Bieberle, as President of Bieberle Enterprises, Inc., a Florida corporation, on behalf of said corporation.  He is personally known to me or has produced FL DL                    as identification.

Notary Public
Print Name: Joni Mitchell
Commission Number: EE 2193
My Commission Expires: June 17 2014

JONI MITCHELL
Notary Public - State of Florida
My Comm. Expires Jun 17, 2014
Commission # EE 2193

BIEBERLE ENTERPRISES, INC.

_Wendy L Bieberle_

Wendy Bieberle, Vice-President

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF ~~ORANGE~~ Seminole )

The foregoing instrument was sworn to, subscribed and acknowledged before me this 19 day of February, 2014, by Wendy Bieberle, as Vice-President of Bieberle Enterprises, Inc., a Florida corporation, on behalf of said corporation.  She is personally known to me or has produced FL DL                as identification.

Notary Public
Print Name: Morgan S. Milton
Commission Number: √ EE 154132
My Commission Expires: 3/5/16

MORGAN S. MILTON
Notary Public - State of Florida
My Comm. Expires Mar 5, 2016
Commission # EE 154132
Bonded Through National Notary Assn.

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bieberle Enterprises, Inc**                                              Case No. _____
                                                        Debtor(s)            Chapter    **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
    **N/A** .

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.

    a. Total assets                                                            $_____ **0.00**

    b. Total debts (including debts listed in 2.c., below)                     $_____ **0.00**

    c. Debt securities held by more than 500 holders:                                              Approximate
                                                                                                   number of
                                                                                                   holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |

    d. Number of shares of preferred stock                           **0**                        **0**

    e. Number of shares common stock                                 **0**                        **0**

      Comments, if any:
      **Privately held Florida Corporation**

3.  Brief description of Debtor's business:
    **Ownership and maintenance of real property.**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Darda Bieberle 100%**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Bieberle Enterprises, Inc**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **BSI Financial**<br>**PO Box 660605**<br>**Dallas, TX 75266** | **BSI Financial**<br>**PO Box 660605**<br>**Dallas, TX 75266** | **641 Roughbeard Road**<br>**Winter Park, FL** | | **293,090.68**<br><br>**(179,237.00 secured)** |
| **JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | **JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | **2001 Commerce Blvd**<br>**Orlando, FL** | | **71,748.58**<br><br>**(69,592.00 secured)** |
| **Ocwen**<br>**PO Box 24646**<br>**West Palm Beach, FL 33416** | **Ocwen**<br>**PO Box 24646**<br>**West Palm Beach, FL 33416** | **4746 Southern Willow Lane**<br>**Orlando, FL** | | **26,377.78**<br><br>**(21,757.00 secured)** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bieberle Enterprises, Inc**                                      Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 19, 2014**                    Signature   **/s/ Darda Bieberle**
                                                            **Darda Bieberle**
                                                            **President**

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bieberle Enterprises, Inc**_____,    Case No. _____
                                    Debtor
                                                                    Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 1,532,269.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,206,077.63 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| | Total Assets | | 1,532,269.00 | | |
| | | Total Liabilities | | 1,206,077.63 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bieberle Enterprises, Inc** _____ ,

                             Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

## CERTIFICATE OF CORPORATE RESOLUTION
## OF
## BIEBERLE ENTERPRISES, INC.

The undersigned, President of BIEBERLE ENTERPRISES, INC., a Florida corporation (the "Corporation"), hereby certifies that:

1.    The Corporation is a duly formed, validly existing corporation in good standing under the laws of the State of Florida and is authorized in good standing to transact business in the State of Florida.

2.    At a special meeting of the board of directors of the Corporation, duly and regularly held in accordance with its By-Laws on February 18, 2014, at which a quorum was present and voting, the following resolution was unanimously adopted, and the same has not been revoked, canceled, annulled or amended in any manner and is in full force and effect on the date hereof.

3.    The undersigned do hereby take the following action by unanimous consent:

**WHEREAS**, the Corporation has multiple obligations to multiple lenders on real property located in and around Orange County, Florida; and,

**WHEREAS**, the Corporation desires to file a petition under Chapter 11 of the Bankruptcy Code in order to attempt to reorganize its debts and interests in order to retain the aforementioned real property on terms which will make it feasible to retain same; and,

**WHEREAS**, it is of a business benefit to the Corporation to reorganize its business,

**NOW, THEREFORE, BE IT RESOLVED** that any one of the following officers of this Corporation are authorized and directed on behalf of the Corporation to execute any and all paperwork, applications, petitions, certifications, ratifications or other documents authorizing a bankruptcy filing by the Corporation in the Bankruptcy Court for the Middle District of Florida, Orlando Division, and to take all actions required with and attendant to such a filing:

| Name | Title |
|------|-------|
| Darda Bieberle | President |
| Wendy Bieberle | Vice-President |

IN WITNESS WHEREOF, the undersigned have hereunto set their hand this 18 day of February, 2014.

BIEBERLE ENTERPRISES, INC.

_Darda Bieberle_

Darda Bieberle, President

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF ORANGE            )

The foregoing instrument was sworn to, subscribed and acknowledged before me this 18 day of February, 2014, by Darda Bieberle, as President of Bieberle Enterprises, Inc., a Florida corporation, on behalf of said corporation.  He is personally known to me or has produced __FL DL__ as identification.

Notary Public
Print Name: Joni Mitchell
Commission Number: EE 2193
My Commission Expires: June 17 2014

JONI MITCHELL
Notary Public - State of Florida
My Comm. Expires Jun 17, 2014
Commission # EE 2193

BIEBERLE ENTERPRISES, INC.

_Wendy L Bieberle_

Wendy Bieberle, Vice-President

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF ~~ORANGE~~ Seminole )

The foregoing instrument was sworn to, subscribed and acknowledged before me this 19 day of February, 2014, by Wendy Bieberle, as Vice-President of Bieberle Enterprises, Inc., a Florida corporation, on behalf of said corporation.  She is personally known to me or has produced __FL DL__ as identification.

Notary Public
Print Name: Morgan S. Milton
Commission Number: EE 154132
My Commission Expires: 3/5/16

MORGAN S. MILTON
Notary Public - State of Florida
My Comm. Expires Mar 5, 2016
Commission # EE 154132
Bonded Through National Notary Assn.

2

B6A (Official Form 6A) (12/07)

.

In re   **Bieberle Enterprises, Inc**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **641 Roughbeard Road**<br>**Winter Park, FL** | | - | 179,237.00 | 293,090.68 |
| **4730 Southern Willow Lane**<br>**Orlando, FL** | | - | 21,757.00 | 15,590.78 |
| **4736 Southern Willow Lane**<br>**Orlando, FL** | | - | 21,757.00 | 12,101.99 |
| **4742 Southern Willow Lane**<br>**Orlando, FL** | | - | 21,757.00 | 15,412.39 |
| **4746 Southern Willow Lane**<br>**Orlando, FL** | | - | 21,757.00 | 26,377.78 |
| **4750 Southern Willow Lane**<br>**Orlando, FL** | | - | 21,757.00 | 19,875.37 |
| **4754 Southern Willow Lane**<br>**Orlando, FL** | | - | 21,757.00 | 15,638.26 |
| **2833 Bower Road**<br>**Winter Park, FL** | | - | 147,885.00 | 94,013.20 |
| **129 Cornwall Road**<br>**Winter Park, FL** | | - | 127,276.00 | 95,911.67 |
| **2940 Scarlet Road**<br>**Winter Park, FL** | | - | 119,066.00 | 89,667.71 |
| **2766 Cady Avenue**<br>**Winter Park, FL** | | - | 126,043.00 | 62,327.53 |
| **1773 Walnut Avenue**<br>**Winter Park, FL** | | - | 270,541.00 | 108,178.98 |

Sub-Total >    **1,100,590.00**    (Total of this page)

___1___  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Bieberle Enterprises, Inc**
_____ ,      Case No. _____
                                     Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1725 Aloma Avenue Winter Park, FL** | | - | **119,840.00** | **82,336.47** |
| **1820 Aloma Avenue Winter Park, FL** | | - | **111,899.00** | **86,707.24** |
| **3800 Sea Island Court Orlando, FL** | | - | **130,348.00** | **117,099.00** |
| **2001 Commerce Blvd Orlando, FL** | | - | **69,592.00** | **71,748.58** |

| | | |
|---|---|---|
| Sub-Total > | **431,679.00** | (Total of this page) |
| Total > | **1,532,269.00** | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Bieberle Enterprises, Inc**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxx1068**<br><br>**BSI Financial**<br>**PO Box 660605**<br>**Dallas, TX 75266** | | - | | **Mortgage**<br><br>**641 Roughbeard Road**<br>**Winter Park, FL** | | | | | |
| | | | | Value $                     **179,237.00** | | | | **293,090.68** | **113,853.68** |
| Account No. **xxxxxxx467-8**<br><br>**City Mortgage**<br>**PO Box 6243**<br>**Sioux Falls, SD 57117** | | - | | **Mortgage**<br><br>**3800 Sea Island Court**<br>**Orlando, FL** | | | | | |
| | | | | Value $                     **130,348.00** | | | | **117,099.00** | **0.00** |
| Account No. **xxxxxx9059**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | | - | | **Mortgage**<br><br>**4750 Southern Willow Lane**<br>**Orlando, FL** | | | | | |
| | | | | Value $                       **21,757.00** | | | | **19,875.37** | **0.00** |
| Account No. **xxxxxx6006**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | | - | | **Mortgage**<br><br>**4754 Southern Willow Lane**<br>**Orlando, FL** | | | | | |
| | | | | Value $                       **21,757.00** | | | | **15,638.26** | **0.00** |

| | | |
|---|---|---|
| **4**  continuation sheets attached | Subtotal<br>(Total of this page) | **445,703.31**   **113,853.68** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Bieberle Enterprises, Inc**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxx2017**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | - | | | | **First Mortgage**<br><br>**2833 Bower Road**<br>**Winter Park, FL**<br><br>Value $          **147,885.00** | | | | **76,259.39** | **0.00** |
| Account No. **xxxx1256**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | - | | | | **First Mortgage**<br><br>**129 Cornwall Road**<br>**Winter Park, FL**<br><br>Value $          **127,276.00** | | | | **78,203.95** | **0.00** |
| Account No. **xxxx2216**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | - | | | | **First Mortgage**<br><br>**2940 Scarlet Road**<br>**Winter Park, FL**<br><br>Value $          **119,066.00** | | | | **72,591.89** | **0.00** |
| Account No. **xxxxxx1264**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | - | | | | **Mortgage**<br><br>**2766 Cady Avenue**<br>**Winter Park, FL**<br><br>Value $          **126,043.00** | | | | **62,327.53** | **0.00** |
| Account No. **xxxx9487**<br><br>**JP Morgan Chase**<br>**PO Box 182613**<br>**Columbus, OH 43218** | - | | | | **First Mortgage**<br><br>**1773 Walnut Avenue**<br>**Winter Park, FL**<br><br>Value $          **270,541.00** | | | | **86,451.97** | **0.00** |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **375,834.73** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Bieberle Enterprises, Inc**                                    ,    Case No. _____
_____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx6293 | | | Mortgage | | | | | |
| JP Morgan Chase PO Box 182613 Columbus, OH 43218 | - | | 1725 Aloma Avenue Winter Park, FL | | | | | |
| | | | Value $           119,840.00 | | | | 82,336.47 | 0.00 |
| Account No. xxxxxx9329 | | | Mortgage | | | | | |
| JP Morgan Chase PO Box 182613 Columbus, OH 43218 | - | | 1820 Aloma Avenue Winter Park, FL | | | | | |
| | | | Value $           111,899.00 | | | | 86,707.24 | 0.00 |
| Account No. xxxxxx4972 | | | Mortgage | | | | | |
| JP Morgan Chase PO Box 182613 Columbus, OH 43218 | - | | 2001 Commerce Blvd Orlando, FL | | | | | |
| | | | Value $           69,592.00 | | | | 71,748.58 | 2,156.58 |
| Account No. xxxxxx3875 | | | Mortgage | | | | | |
| NationStar PO Box 60516 City of Industry, CA 91716 | - | | 4730 Southern Willow Lane Orlando, FL | | | | | |
| | | | Value $           21,757.00 | | | | 15,590.78 | 0.00 |
| Account No. xxxxxx4158 | | | Mortgage | | | | | |
| NationStar PO Box 60516 City of Industry, CA 91716 | - | | 4736 Southern Willow Lane Orlando, FL | | | | | |
| | | | Value $           21,757.00 | | | | 12,101.99 | 0.00 |

Sheet  **2**  of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

268,485.06       2,156.58

B6D (Official Form 6D) (12/07) - Cont.

In re    **Bieberle Enterprises, Inc**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3874** | | | Mortgage | | | | | |
| **NationStar** PO Box 60516 City of Industry, CA 91716 | | - | **4742 Southern Willow Lane Orlando, FL** | | | | | |
| | | | Value $                21,757.00 | | | | 15,412.39 | 0.00 |
| Account No. **xxxxxx1540** | | | Mortgage | | | | | |
| **Ocwen** PO Box 24646 West Palm Beach, FL 33416 | | - | **4746 Southern Willow Lane Orlando, FL** | | | | | |
| | | | Value $                21,757.00 | | | | 26,377.78 | 4,620.78 |
| Account No. **xxxxxxxxx0001** | | | Second Mortgage | | | | | |
| **Wells Fargo Bank** PO Box 650828 Dallas, TX 75265 | | - | **2833 Bower Road Winter Park, FL** | | | | | |
| | | | Value $               147,885.00 | | | | 17,753.81 | 0.00 |
| Account No. **xxxxxxxxx0001** | | | Second Mortgage | | | | | |
| **Wells Fargo Bank** PO Box 650828 Dallas, TX 75265 | | - | **129 Cornwall Road Winter Park, FL** | | | | | |
| | | | Value $               127,276.00 | | | | 17,707.72 | 0.00 |
| Account No. **xxxxxxxxx0001** | | | Second Mortgage | | | | | |
| **Wells Fargo Bank** PO Box 650828 Dallas, TX 75265 | | - | **2940 Scarlet Road Winter Park, FL** | | | | | |
| | | | Value $               119,066.00 | | | | 17,075.82 | 0.00 |

Sheet  **3**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      94,327.52      4,620.78

B6D (Official Form 6D) (12/07) - Cont.

In re **Bieberle Enterprises, Inc**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxxxxx0001**<br><br>**Wells Fargo Bank**<br>**PO Box 650828**<br>**Dallas, TX 75265** | - | | | | **Second Mortgage**<br><br>**1773 Walnut Avenue**<br>**Winter Park, FL**<br><br>Value $          **270,541.00** | | | | **21,727.01** | **0.00** |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **21,727.01** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,206,077.63** | **120,631.04** |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bieberle Enterprises, Inc**                                      ,    Case No. _____

                                                    Debtor

                                                              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Darda Bieberle**<br>**2606 Manden Trail**<br>**Winter Park, FL 32789** | **NA** | **NA** | **100%** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 19, 2014**_____        Signature _**/s/ Darda Bieberle**_____
                                                       **Darda Bieberle**
                                                       **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

.

Bieberle  Enterprises,  Inc
P.O.  Box  1810
Goldenrod, FL 32733


L.  William  Porter  III
BOGIN,  MUNNS & MUNNS, P.A.
2601 Technology  Drive
Orlando,  FL  32804


BSI  Financial
PO  Box  660605
Dallas, TX 75266


City  Mortgage
PO  Box  6243
Sioux Falls, SD 57117


JP  Morgan  Chase
PO  Box  182613
Columbus, OH 43218


NationStar
PO  Box  60516
City of Industry, CA 91716


Ocwen
PO  Box  24646
West Palm Beach, FL 33416


Wells  Fargo  Bank
PO  Box  650828
Dallas, TX 75265

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bieberle Enterprises, Inc**

_____    Case No. _____

                                    Debtor(s)    Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Bieberle Enterprises, Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 19, 2014**
_____
Date

**/s/ L. William Porter III**
_____
**L. William Porter III 0116882**
Signature of Attorney or Litigant
Counsel for    **Bieberle Enterprises, Inc**
**BOGIN, MUNNS & MUNNS, P.A.**
**2601 Technology Drive**
**Orlando, FL 32804**
**407-578-1334 Fax:407-5782181**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bieberle Enterprises, Inc** _____    Case No. _____
                                    Debtor(s)        Chapter    **11** _____

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____ **Darda Bieberle** _____, declares under penalty of perjury that:

1.     I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.     The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.     I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

**February 19, 2014** _____      _____

Executed on (Date)                 **Darda Bieberle**
                                       Signature of Debtor
                                       or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
| --- | --- |
| **Voluntary Petition** | **2/19/14** |
| **Statement of Corporate Ownership** | |
| **List of Creditors Listing 20 Largest Unsecured Claims** | |
| **List of Equity Security Holders** | |
| **Verification of Creditor Matrix** | |