## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:14-bk-01832-CCJ
CHAPTER 11

IN RE:

**BIEBERLE ENTERPRISES, INC.**

     **Debtor**

_____/

## SETERUS, INC. 'S OBJECTION TO
## CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN
(Class 15 – 2940 Scarlet Rd., Winter Park, FL 32792)

**COMES NOW,** Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("FannieMae"), creditorc/o Seterus, Inc., its Successors and/or Assigns (hereinafter "Secured Creditor"), by and through its undersigned attorney, as and for its Objection to Confirmation of Debtor(s)'First Amended Chapter 11 Plan (Docket No. 129) and states as follows:

1. Secured Creditor holds a First Mortgage on the real property claimed to be owned by the corporate Debtor, Bieberle Enterprises, Inc. and located at 2940 Scarlet Rd., Winter Park, FL 32792, by virtue of a Mortgage which is recorded in the Public Records of Orange County, Florida at ORB 5847 Page 810 of the Orange County Public Records. The property/loan is characterized in Class # 15 as a loan from Chase Bank.

2. The Debtor's Chapter 11 Plan proposes to pay at an interest rate of 3.228%.

3. The Debtor states no legal basis for changing the terms of the loan. Secured Creditor objects to changing the interest rate, the loan maturity date or any other material terms under the loan documents. Secured Creditor is over-secured so there is no basis for altering lien rights based on valuation. Further, the corporate Debtor/owner has no

contractual privity with Secured Creditor or its predecessor(s) in interest and accordingly cannot modify loans terms.

4. The subject property is not property of the estate and can not be modified given the Quit Claim Deed into the corporate Debtor recorded in ORB 6447 at Page 6167 lacked the statutory requirements to effect a transfer including a lack of sufficient witnesses and consideration, leaving the property in the names of Darda Bieberle and Wendy Bieberle apparently as tenants by the entireties.

5. Debtor asserts payments are current however that does not appear to be the case. To the extent arrearages are owed, Debtor must make provision for re-payment of same.

6. To the extent Debtor is allowed to modify the interest without being contractual privity with Secured Creditor, the Debtor is barred from modifying the interest rate as proposed as it falls beneath the generally recognized rates given present market conditions, risks and governing case law under the Supreme Court decision in *Till v. SCS Credit Corp.*, 541 U.S. 465 (U.S. 2004).

7. Secured Creditor objects to the First Amended Plan as it does provide for payment of taxes and insurance including any escrow advances made by the lender.

8. The Debtor scheduled the Debt to Secured Creditor to be $72,591.89 and the value of the collateral to be $119,066.00. As an oversecured creditor, Secured Creditor is entitled to all post-petition interest at its contract rate, as well as attorney's fees and costs.

9. The Plan is not feasible, nor fair and equitable. Accordingly, Secured Creditor contends that the Debtor's First Amended Chapter 11 Plan is not in compliance with the requirements of 11 U.S.C. §§1129(a) 7, and §§1129(b)(1) and (2) and cannot be confirmed.

10.  Secured Creditor has not accepted this Plan.


**WHEREFORE**, Secured Creditor prays that this Court deny confirmation of Debtor's

First Amended Chapter 11 Plan of Reorganization.


**I HEREBY CERTIFY** that a true and correct copy of the Objection to Confirmation of

Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail

postage pre-paid and/or by Electronic Filing this 23rd day of April, 2015.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Ste. 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

**Gregg S. Ahrens,  Esq.**
FBN: 352837
Direct Line: (954) 356-1283

**<u>Mailing List</u>**

Bieberle Enterprises, Inc.
P.O. Box 1810
Goldenrod, Fl 32733

Darda Bieberle
2606 Maden Trail,
Winter park, Fl 32789

Bieberle Enterprises, Inc.
P.O. Box 1810
Goldenrod, Fl 32733

L. William Porter III, Esq.
2601 Technology Drive
Orlando, Fl 32804

Elena L. Escamilla, Trustee
Office of the United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801

United States Trustee
United States Trustee – ORL
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801