ORDERED.

Dated: July 29, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:14-bk-03020-CCJ
CHAPTER 11

IN RE:
DARDA BIEBERLE,

Jointly Administered with Bieberle Enterprises, Inc.; Case No. 6:14-bk-01832-CCJ

**Debtor**
_____/

**AGREED ORDER DENYING FEDERAL NATIONAL MORTGAGE ASSOCIATION'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND GRANTING ADEQUATE PROTECTION**
*(Re: Class 19 - 1773 Walnut Avenue, Winter Park, FL 32789)*

THIS CASE came before the Court on July 9, 2015 upon the Amended Motion for Relief from the Automatic Stay and/or for Adequate Protection (Docket No. 171) filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its Successors and/or Assigns. The Court having been advised that the parties have agreed to the terms of this Order and being otherwise fully advised in the premises, it is, **ORDERED:**

1. Secured Creditor's Motion for Relief from the Automatic Stay is denied without prejudice.

2. Secured Creditor shall retain all lien rights against the subject real property, legally described as:

> LOT 15, BLOCK "B", CONWILL ESTATES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK "S", PAGE 13, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

3. Secured Creditor shall receive monthly adequate protection payments in the amount of $650.72. The first payment is due five days after the entry of this Order and on the first day of every month thereafter, until confirmation of the Debtor's Chapter 11 Plan of Reorganization. The Debtor shall maintain insurance, naming Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its Successors and/or Assigns, as loss payee.

4. Debtor shall send all payments directly to Secured Creditor at Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., P O. Box 2206, Grand Rapids, MI 49501-2206. All funds submitted pursuant to the terms of this Order shall include the mortgagor's account number (Loan No: xxxxxx9110) and the street address of the property securing.

5. Such adequate protection payments may be applied by Secured Creditor in normal course in accordance with the loan documents. All grace periods as set forth in the loan documents with regard to the payments of the regular monthly payment shall apply.

6. Debtor shall be in compliance with this Order by making all monthly adequate protection payments as required by terms of the Note and Mortgage and this Order. Debtors shall be in default under this Order if such payments are not made in a timely manner as required under the terms of the Note and Mortgage.

7. Payment, and acceptance of any payment, under this agreement shall not be determinative of, or otherwise affect, any adjudication as to the value of the subject property or constitute, or be determinative of, as interest rate or amortization binding on either party.

8. In the event of Debtor's default under the terms of this Order, Secured Creditor shall provide written notice to the Debtor and Debtor's counsel allowing seventy-two (72) hours to the cure of the default. Debtor's may file a response to said Notice of Default within the seventy-two hour period and provide proof of payment within five (5) days of said response. Absent a response by Debtor to the Notice of Default, or failure to provide proof of payment within five (5) day period as allowed herein, Secured Creditor may file the Affidavit of Default with the Court and Secured Creditor shall be entitled to immediate entry of an order granting *in rem* stay relief to proceed with State Court remedies with respect to the subject property.

**Agreed to by:**

Bogin, Munns & Munns, P.A.,                    Kahane and Associates, P.A.,

/s/ L. William Porter, III
L William Porter, III, Esq.                    Marc G. Granger, Esq.
Florida Bar No. 0116882                        Florida Bar No. 146870
Attorney for the Debtor                        Attorney for Secured Creditor
2601 Technology Drive                          8201 Peters Road, Ste 3000
Orlando, FL 32804                              Plantation, FL 33324

Attorney Marc G. Granger, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.

**Order submitted by:**

Marc G. Granger, Esq.
Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, Florida 33324

**Copies furnished to:**

Bieberle Enterprises, Inc.
P.O. Box 1810
Goldenrod, FL 32733

Darda Bieberle
2606 Maden Trail,
Winter Park, Fl 32789

L. William Porter III, Esq.
2601 Technology Drive
Orlando, FL 32804

Elena L. Escamilla, Trustee
Office of the United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801

United States Trustee
United States Trustee – ORL
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801