ORDERED.

Dated: March 24, 2016

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 6:14-bk-01832-CCJ |
| Bieberle Enterprises, Inc. | Chapter 11 |
| Debtor. | / |
| IN RE: | Case No. 6:14-bk-03020-CCJ |
| Darda Bieberle | Chapter 11 |
| Debtor. | / |

**ORDER GRANTING MOTION TO UPDATE ARREARAGE FIGURES IN ORDER APPROVING DEBTORS' DISCLOSURE STATEMENT AND CONFIRMING DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION (DOC. NO. 218)**
<u>Re: Class 18 – 2766 Cady Way, Winter Park, Florida</u>

**THIS CASE**, having come to be heard before this Court on February 11, 2016 on JP Morgan Chase Bank, N.A.'s Motion to Update Arrearage Figures In Order Approving Disclosure Statement and Confirming Debtors' Second Amended Plan of Reorganization (the "Motion", DE 218), and based on the record, it is:

**ORDERED:**

1. The Motion is granted.

2. The Order Approving Debtor's Disclosure Statement and Confirming Debtors' Second Amended Plan of Reorganization (the "Confirmation Order", DE 214) is hereby amended to reflect the additional arrearages incurred between October 6, 2015 and November 16, 2015 for the Class 18 claim. The Confirmation Order provides at page 9 that "Finally, the Debtors will pay arrears of $7, 462.51 in equal monthly payments over sixty (60) months beginning on the Effective Date."  The Class 18 creditor JP Morgan Chase Bank, N.A. expended a total of $2,599.09 in additional advances between October 6, 2015 and November 16, 2015. Therefore, the Confirmation Order is hereby deemed to be amended to provide that, with regards to the Class 18 Claim of JP Morgan Chase Bank, N.A., "the Debtors will pay arrears in the amount of $10,061.60 in equal monthly payments over sixty (60) months beginning on the Effective Date".

Attorney Kevin Hing is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

_____

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

14-276737