ORDERED.

Dated:  March 17, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 6:14-bk-01832-CCJ (6:14-bk-03020-CCJ) |
| Bieberle Enterprises, Inc. | Chapter 11 |
| _____Debtors._____/ | |

**AGREED ORDER 1) DENYING IN PART THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DE 274), 2) MODIFYING SECOND AMENDED PLAN OF REORGANIZATION (DE 205) AND ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION (DE 214) TO PROVIDE FOR CURE OF POST-CONFIRMATION ARREARAGES**
**(Class 1 - 2440 and 2442 Fielding Court, Orlando, Florida)**

**THIS CAUSE** came on to be heard before this Court on March 9, 2017, on the Motion for Relief From the Automatic Stay (the "Motion," DE 274) filed by MidFirst Bank ("MidFirst").  Based upon the record, the agreement of the parties, and the representation of counsel by submission of this Order that he has conferred with counsel for the Debtor and that the Debtor has consented to the form of this order and the relief provided herein, it is:

**ORDERED:**

1. The Motion is Denied in part, without prejudice.  By agreement of the parties, relief from the automatic stay shall not be granted at this time, but MidFirst may obtain the entry of an order granting

relief from the automatic stay at a later time in the event of a future default by the Debtor pursuant to paragraph three (3) below.

2. As of March 9, 2017, the unpaid balance of MidFirst's Class 1 Claim pursuant to the terms of the Second Amended Plan of Reorganization (DE 205), and the Order Approving Debtor's Disclosure Statement and Confirming Debtor's Second Amended Chapter 11 Plan of Reorganization (the "Confirmation Order", DE 214) was $15,029.21 with regard to MidFirst's Class 1 claim (the "Arrearage").

3. The Arrearage shall be cured by adding the Arrearage, plus any additional amounts that remain due, to the unpaid principal balance of the Class 1 Claim. Accordingly, the Plan and the Confirmation Order are hereby deemed modified as follows:

   a. The Arrearage, in the amount of $15,029.21, shall be cured over a period of thirty-six (36) months beginning on March 1, 2017, at an annual interest rate of 5.25%, for monthly payments of $466.60 (the "Arrears Payment"), which monthly amount shall be paid in addition to the normal monthly payment due under the applicable loan documents (as modified by the confirmed Plan) in the amount of $1,139.13. Arrearage is itemized as follows:

      i. Payments for September 2015 and October 2015 at $1,247.18 each for a subtotal of $2,494.36.

      ii. Payments for April 2016 through October 2016 at $1,160.29 each for a subtotal of $8,122.03.

      iii. Payments for November 2016 through February 2017 at $1,139.13 each for a subtotal of $4,556.52.

      iv. Late charges of $497.66.

      v. Inspection fees of $200.00.

      vi. Less the amount of $841.36 in suspense.

      vii. Arrearage Total equals $15,029.21.

b.  In the event of a future default by the Debtor in payment of the regular payments under the Plan and the Confirmation Order (as modified pursuant to the terms of this Order) or payment of the Arrears Payment detailed above, MidFirst may notify the Debtor of such default by providing notice to Debtor's attorney by e-mail at bporter@boginmunns.com (the "Notice of Default").

c.  Upon receipt of such Notice of Default, the Debtor shall have ten (10) days to cure such default or to file a response or request for hearing. Debtor hereby consents to the entry of an Order granting Chase relief from the automatic stay without further motion or hearing if any default is not cured and no response or request for hearing is filed by Debtor within ten (10) days of Debtor's receipt of the Notice of Default.

4.  The Plan and the Confirmation Order are hereby deemed modified to incorporate the terms of this Order.

_____
Attorney Ken Lockwood is directed to serve a copy of this order by electronic or U.S. mail to all interested parties, the attached Creditor's Matrix and file a proof of service within 3 days of entry of the order.

Copies furnished to:

EXL LEGAL, PLLC
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716
EFILING@EXLLEGAL.COM

BIEBERLE ENTERPRISES, INC
P.O. BOX 1810
GOLDENROD, FL 32733

L WILLIAM PORTER, III
2601 TECHNOLOGY DR
ORLANDO, FL 32804-8003

UNITED STATES TRUSTEE - ORL
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-01832-CCJ<br>Middle District of Florida<br>Orlando<br>Thu Mar 16 14:04:08 EDT 2017 | BSI Financial Services<br>Kahane & Associates, P.A.<br>c/o Marc G. Granger, Esq.<br>8201 Peters Road, Suite 3000<br>Plantation, Fl 33324-3292 | Bayview Loan Servicing, LLC<br>c/o Christopher Giacinto<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 |
| Bayview Loan Servicing, LLC<br>c/o Steven G. Powrozek<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Bieberle Enterprises, Inc<br>P.O. Box 1810<br>Goldenrod, FL 32733-1810 | Christiana Trust, A Division of Wilmington S<br>Selene Finance LP<br>P.O. Box 71243<br>Philadelphia, PA 19176-6243 |
| Deutsche Bank National Trust Company America<br>c/o Jennifer Castro, ESQ.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave.<br>Suite 100<br>Boca Raton, FL 33487-2853 | Green Tree Servicing, LLC<br>Adam A. Diaz<br>P.O. Box 11438<br>FT. Lauderdale, FL 33339-1438 | Green Tree Servicing, LLC<br>c/o Evan S. Singer<br>6267 Old Water Oak Road<br>Suite 203<br>Tallahassee, FL 32312-3858 |
| MIDFIRST BANK<br>EXL LEGAL, PLLC.<br>c/o Kenneth W Lockwood<br>12425 28TH STREET N, SUITE 200<br>ST PETERSBURG, FL 33716-1826 | MidFirst Bank<br>c/o Larry M. Foyle, Esq.<br>P.O. Box 800<br>Tampa, FL 33601-0800 | ORANGE COUNTY TAX COLLECTOR<br>P.O. BOX 545100<br>ORLANDO, FL 32854-5100 |
| PRP II Pals Investments Trust<br>c/o Brad W. Hissing<br>P.O. Box 800<br>Tampa, FL 33601-0800 | PRP II Pals Investments Trust c/o Statebridg<br>c/o Brad W. Hissing<br>P.O. Box 800<br>Tampa, FL 33601-0800 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Arthur E. Lewis, Esq.<br>Moskowitz, Mandell, Salim & Simowitz, PA<br>Attorneys for Wells Fargo Bank<br>800 Corporate Drive, Suite 500<br>Ft. Lauderdale, FL 33334-3621 |
| BSI Financial<br>PO Box 660605<br>Dallas, TX 75266-0605 | BSI Financial services<br>c/o Marc G Granger<br>8201 Peters Road Ste 3000<br>Plantation, FL 33324-3292 | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd<br>5th Floor<br>Coral Gables, Florida 33146-1837 |
| Bayview Loan Servicing, LLC<br>Christopher Giacinto<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd. Ste 100<br>Tampa, Florida 33614-2429 | Bayview Loan Servicing, LLC<br>Steven G. Powrozek<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd. Ste 100<br>Tampa, FL 33614-2429 | Bieberle Enterprises, Inc.<br>PO 2606 Manden Trail<br>Winter Park, FL 32790-2606 |
| Carrington Mortgage Se<br>1610 E Saint Andrew Place Sutie B150<br>Santa Ana, CA 92705-4931 | (p)CFE FEDERAL CREDIT UNION<br>ATTN LEGAL DEPT<br>1000 PRIMERA BLVD<br>LAKE MARY FL 32746-2194 | Central Fl Educators F<br>Webber Street<br>Orlando, FL 32802 |
| Chase<br>324 W Evans St<br>Florence, SC 29501-3430 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |

| | | |
|---|---|---|
| Chase Manhattan Mortgage<br>Attn: Bankruptcy Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Christiana Trust, Div. Wilmington Sav. Fund<br>Tr. Stanwich Mortg. Loan Trust, 2012-13<br>c/o Selene Finance<br>PO Box 71243<br>Philadelphia, PA 19176-6243 | Christina Trust<br>Div of Wilmington Savings Fund Society<br>Eugene Martell<br>201 E Pine St Ste 730<br>Orlando FL 32801-2763 |
| Citimortgage Inc<br>Po Box 6243<br>Sioux Falls, SD 57117-6243 | City Mortgage<br>PO Box 6243<br>Sioux Falls, SD 57117-6243 | Cntrl Fl Edu<br>Attn Bankruptcy<br>1000 Primera Blvd<br>Lake Mary, FL 32746-2194 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRU<br>MORGAN STANLEY ABS CAPITAL I INC. TRUST<br>NC1<br>499 NW 70th Avenue, Suite 309<br>Plantation, FL 33317-7574 | Darda Bieberle<br>2606 Manden Trail<br>Winter Park, FL 32789-1323 | Deutsche Bank Trust Company Americas<br>c/o Robertson, Anschutz & Schneid<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 | (p)FAIRWINDS CREDIT UNION<br>3075 N ALAFAYA TRAIL<br>ORLANDO FL 32826-3259 |
| Federal National Mortgage Association<br>(FNMA)<br>P O Box 2206<br>Grand Rapids, MI 49501-2206 | Federal National Mortgage Association<br>(Fannie Mae,creditor c/o Seterus, Inc.<br>P O Box 2206<br>Grand Rapids, MI 49501-2206 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave.<br>Grand Rapids, MI 49546-6253 |
| First Horizon Home Loa<br>First Tennessee Bank Attn: Bankruptcy<br>Po Box 1469<br>Knoxville, TN 37901-1469 | First Horizon Home Loans<br>c/o Vivian J Elliott<br>4630 Woodland Corp Blvd Ste 100<br>Tampa FL 33614-2429 | First National Bank Of<br>652 Del Prado Blvd N<br>Cape Coral, FL 33909-2253 |
| First Tennessee Bank N.A.<br>c/o Kevin L. Hing<br>4630 Woodland Corporate Blvd Ste 100<br>Tampa, FL 33614-2429 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GREEN TAX FUNDING 2<br>P.O. BOX 645040<br>CINCINNATI, OH 45264-0303 |
| Green Point Savings<br>Po Box 130424<br>Roseville, MN 55113-0004 | Green Tree Servicing<br>C/O Evan S. Singer<br>Timothy D. Padgett, PA<br>6267 Old Water Oak Rd. Ste 203<br>Tallahassee, FL 32312-3858 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| Green Tree Servicing, LLC<br>c/o SHD Legal Group PA<br>Attn: Adam A Diaz<br>PO Box 11438<br>Ft Lauderdale FL 33339-1438 | Hsbc/bstby<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JP Morgan Chase<br>PO Box 182613<br>Columbus, OH 43218-2613 | JPMorgan Chase Bank NA<br>c/o Vivian J. Elliott<br>4630 Woodland Corporate Blvd<br>Suite 100<br>Tampa, FL 33614-2429 | JPMorgan Chase Bank, NA<br>c/o Allyson L Sartoian, Esq<br>Phelan Hallinan, PLC<br>2727 West Cypress Creek Road<br>Ft Lauderdale FL 33309-1721 |

```
JPMorgan Chase Bank, National Association      JPMorgan Chase Bank, National Association      JPMorgan Chase Bank, National Association
c/o Kevin L. HIng                              c/o Steven G. Powrozek                         c/o Vivian J. Elliott, Esq.
Shapiro, Fishman & Gach, LLP                   Shapiro, Fishman & Gache, LLP                  Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd, Suite 100        4630 Woodland Corporate Blvd., Suite 100       4630 Woodland Corporate Boulevard
Tampa, FL 33614-2429                           Tampa, FL 33614-2429                           Suite 100
                                                                                              Tampa, FL 33614-2429

Martin Laceks Accounting                       MidFirst Bank                                  Midland Mortgage Company/Mid First Bank
2703 Summerfield Road                          999 NW Grand Blvd.                             Attention: Bankruptcy
Winter Park, FL 32792-5111                     Oklahoma City, OK 73118-6051                   Po Box 26648
                                                                                              Oklahoma City, OK 73126-0648


NationStar                                     (p)NATIONSTAR MORTGAGE LLC                     Ocwen
PO Box 60516                                   PO BOX 619096                                  PO Box 24646
City of Industry, CA 91716-0516                DALLAS TX 75261-9096                           West Palm Beach, FL 33416-4646


Ocwen Loan Servicing L                         Ocwen Loan Servicing L                         Office of the U.S. Trustee
3451 Hammond Avenue                            PO Box 24738                                   400 W. Washington Street, Suite 1100
Waterloo, IA 50702-5345                        West Palm Beach, FL 33416-4738                 Orlando, Florida 32801-2210


Orange County Tax Collector                    PRP II Pals Investments Trust                  SPECIALIZED LOAN SERVICING,LLC
Attn:  Earl K. Wood                            Statebridge Company, LLC                       8742 LUCENT BLVD,SUITE 300
Post Office Box 2551                           5680 Greenwood Plaza Blvd Ste. 100-S           HIGHLANDS RANCH, COLORADO 80129-2386
Orlando FL 32802-2551                          Greenwood Village, CO 80111-2404


Sears/cbna                                     Select Portfolio Servicing                     Seterus, Inc.
Po Box 6189                                    Po Box 65250                                   c/o Albertelli Law
Sioux Falls, SD 57117-6189                     Salt Lake City, UT 84165-0250                  Attorney for Secured Creditor
                                                                                              PO Box 23028
                                                                                              Tampa, FL 33623-2028

Southern Com                                   Suntrust Mortgage/cc 5                         TWO CENTS INVESTMENTS LLC
250 N Orange Ave                               Attn:Bankruptcy Dept                           ATT ROU MAUDER LLC
Orlando, FL 32801-1819                         Po Box 85092 Mc Va-Wmrk-7952                   1111 BRICKELL AVE., 30TH FLOOR
                                               Richmond, VA 23285-5092                        MIAMI, FL 33131-3112


TWO CENTS INVESTMENTS, LLC                     The Bank of New York Mellon                    (p)CITIBANK
ATT: ROY MAUDER                                c/o Vivian J. Elliott                          PO BOX 790034
1111 BRICKELL AVENUE 30TH FLOOR                Shapiro, Fishman & Gache, LLP                  ST LOUIS MO 63179-0034
MIAMI, FL 33131-3112                           4630 Woodland Corporate Boulevard
                                               Suite 100
                                               Tampa, FL 33614-2429

US Bank National Association                   United States Trustee - ORL                    WELLS FARGO BANK, N.A.
c/o Vivian J  Elliott                          Office of the United States Trustee            Arthur E. Lewis
4630 Woodland Corp Blvd Ste 100                George C Young Federal Building                Moskowitz Mandell Salim & Simowitz
Tampa FL 33614-2429                            400 West Washington Street, Suite 1100         800 Corporate Drive, Suite 500
                                               Orlando, FL 32801-2210                         Fort Lauderdale, FL 33334-3621

WELLS FARGO BANK, N.A.                         Wachrl                                         Wells Fargo
c/o Brad W. Hissing                            Pob 3117                                       1 Home Campus X2303-01a
P.O. Box 800                                   Winston Salem, NC 27102-3117                   Des Moines, IA 50326
Tampa, FL 33601-0800
```

| | | |
|---|---|---|
| Wells Fargo Bank<br>PO Box 650828<br>Dallas, TX 75265-0828 | Wells Fargo Bank NA<br>c/o Vivian J Elliott<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd<br>Ste 100<br>Tampa, FL 33614-2429 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P610<br>Po Box 3908<br>Portland, OR 97208-3908 |
| Wells Fargo Bank, N.A<br>c/o Vivian Elliott<br>4630 Woodland Corporate Boulevard<br>Suite 100<br>Tampa, FL 33614-2429 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | Willows First Addition HOA<br>c/o PRIMAC Realty<br>218 Lake Cortez Drive<br>Apopka, FL 32703 |
| Willows First Addition HOA<br>c/o PRIMAC Realty<br>218 S Lake Cortez Drive<br>Apopka, FL 32703-4816 | L William Porter<br>Lowndes Drosdick Doster Kantor & Reed PA<br>450 S Orange Avenue Suite 800<br>Orlando, FL 32801-3344 | L William Porter III<br>Bogin, Munns & Munns, P.A.<br>1000 Legion Place, Suite 1000<br>Orlando, FL 32801-1025 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Central Fl Educators F<br>1200 Weber St<br>Orlando, FL 32803 | Fairwinds Credit Union<br>3075 N Alafaya Trl<br>Orlando, FL 32826 | (d)Fairwinds Credit Union<br>Attention: Bankruptcy<br>3075 N. Alafaya Trail<br>Orlando, FL 32826 |
| Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD  57709-6154 | Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | The Home Depot/CBSD<br>Citibank USA/Attn: Centralized Bankruptc<br>P.O. Box 20363<br>Kansas City, MO 64195 |
| (d)Unvl/citi<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fifth Third Bank, | (u)First Horizon Home Loans | (u)JPMorgan Chase Bank, National Association |
| (u)Seterus, Inc. as the authorized subservice | (u)The Bank of New York | (u)The Bank of New York Mellon et.al. |

(u)Wells Fargo Bank, N.A.

(u)Wells Fargo Bank, N.A., as Successor by Me

(u)MIDFIRST BANK
undeliverable

(d)ORANGE COUNTY TAX COLLECTOR
P.O. BOX 545100
ORLANDO, FL 32854-5100

(d)PRP II PALS INVESTMENTS TRUST
c/o Brad W. Hissing
P.O. Box 800
Tampa, FL 33601-0800

(d)Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

(d)Wells Fargo Bank, N.A.
c/o Brad W. Hissing
P.O. Box 800
Tampa, FL 33601-0800

End of Label Matrix
Mailable recipients    98
Bypassed recipients    13
Total                 111