ORDERED.

**Dated: June 27, 2018**

*Cynthia C. Jackson* (signature)
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:14-bk-01832-CCJ
CHAPTER 11

IN RE:

BIEBERLE ENTERPRISES, INC.

　　　Debtor
_____/

**AGREED ORDER ON FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY WITH CURE PROVISION**
*(Re: Class 19 - 1773 Walnut Avenue, Winter Park, FL)*

**THIS CASE** came on for hearing on June 21, 2018 at 2:00 p.m. upon the Motion for *In Rem* Relief from the Automatic Stay or Declaration of No Stay (Doc. No. 373) filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association creditor c/o Seterus, Inc., (hereinafter called "FNMA"), its Successors and/or Assigns. The Court having been advised that the parties have agreed to the terms of this Order and being otherwise fully advised in the premises, it is,

**ORDERED:**

1. FNMA's Motion for Relief from the Automatic Stay is abated subject to cure of post confirmation default and maintenance of payments due under the confirmed plan as noted below.

2. As of June 21, 2018 the total post confirmation arrearage outstanding is $19,842.61 (the "Arrearage") detailed below:

| | |
|---|---|
| $15,026.80 | Loan installments 12/1/15 – 9/1/16 @ $1,502.68 each |
| $18,555.48 | Loan installments 10/1/16 – 9/1/17 @ $1,546.29 each (with escrow change) |
| $14,123.43 | Loan installments 10/1/17 – 6/1/18 @ $1,569.27 each (with escrow change) |
| $47,705.71 | Amt that should have been paid to date |
| ($27,863.10) | Amt paid to FNMA to date |
| **$19,842.61** | **Total due.** |

3. Debtors shall pay the outstanding arrears of $19,842.61 in equal monthly payments of $826.78 per month, for 24 months beginning on July 1, 2018 to "cure" the Arrearage.

4. Additionally, the Debtor shall continue paying the monthly maintenance payment of $1,569.22 (subject to escrow adjustment). FNMA shall therefore receive monthly payments in the amount of $2,396.05 per month (subject to escrow adjustment).

5. At the end of the above-mentioned twenty-four (24) month cure period, Debtor's monthly maintenance payment in the amount of $1,569.27 shall also continue to be paid by Debtor to FNMA (subject to any adjustment in the amount of escrow).

6. The first payment is due on July 1, 2018, and on the first day of every successive month thereafter, until the outstanding Arrearage is paid in full.

7. Debtor shall send all payments directly to FNMA c/o Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., P O. Box 2206, Grand Rapids, MI 49501-2206. All funds submitted pursuant to the terms of this Order shall include the mortgagor's account number (Loan No: xxxxxx9110), noting the street address of 1773 Walnut Avenue, Winter Park, FL or as otherwise directed by FNMA.

8. Debtor shall be in compliance with this Order by making all monthly payments as

required by terms of the Note and Mortgage and this Order. Debtor shall be in default under this Order if such payments are not made in a timely manner as required under the terms of the Note and Mortgage.

9.  In the event of Debtor's default under the terms of this Order, Secured Creditor shall provide written notice to the Debtor c/o Debtor's counsel allowing seventy-two (72) hours to cure the default. Debtor's may file a response to said Notice of Default within the seventy-two hour period and provide proof of payment within five (5) days of said response. Absent a response by Debtor to the Notice of Default, or failure to provide proof of payment within five (5) day period as allowed herein, Secured Creditor may file the Affidavit of Default with the Court and Secured Creditor shall be entitled to immediate entry of an order granting *in rem* stay relief (and from any confirmation injunction) to proceed with State Court remedies with respect to the subject property. If the Debtor disputes the amounts paid proof of payment must be provided in form of cancelled checks or electronic receipts of payment.

\*\*\*\*

**Agreed to by:**

Law Offices of L. William Porter, III

*[signature]*

L. William Porter, III, Esq.
Florida Bar No. 0116882
Attorney for the Debtor
2014 Edgewater Drive, #119
Orlando, FL 32804

Kahane and Associates, PA.,

*[signature]*

**Marc G. Granger, Esq.**
**FBN 146870**

Gregg S. Ahrens, Esq.
Florida Bar No. 352837
Attorney for Secured Creditor
8201 Peters Road, Ste. 3000
Plantation, FL 33324

*Attorney Gregg Ahrens, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.*

\* *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.*

**Order submitted by:**

Gregg Ahrens, Esq.
Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, FL 33324

**Copies to:**

Bieberle Enterprises, Inc.
P.O. Box 1810
Goldenrod, FL 32733

L William Porter, III, Esq.
Law Offices of L. William Porter III
2014 Edgewater Drive, #119
Orlando, FL 32804

Elena L. Escamilla, Esq.
Office of the United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801

United States Trustee
United States Trustee – ORL
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**\*\*\*all creditors on attached mailing matrix**