ORDERED.

Dated: March 13, 2020

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

| | |
|---|---|
| **BIEBERLE ENTERPRISES, INC.** | Case No.: 6:14-BK-01832-CCJ<br>Chapter 11 |
| **DARDA BIEBERLE,**<br><br>Debtor,<br>_____/ | Jointly Administered with<br>CASE NO.: 6:14-bk-03020-CCJ<br>CHAPTER 11 |

**AGREED ORDER DENYING STAY RELIEF MOTION**

THIS CASE came on consideration upon consent of the Parties on WELLS FARGO BANK, N.A.'s ("Secured Creditor") Motion for Relief from Stay (Docket No. #558). Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is DENIED.

2. The Secured Creditor shall remain subject to the terms of the automatic stay imposed under 11 U.S.C § 362 as to its interest in the real property located at **4730 Southern Willow Lane, Orlando, Florida 32808** ("Subject Property") in Miami-Dade County, Florida, and legally described as:

   Lot 88, THE WILLOWS FIRST ADDITION, a subdivision according to the plat or map thereof as described in Plat Book 12, at Page 51, of the Public Records of Orange County, Florida.

3. Debtor(s) must pay the arrearage of $3,666.42 in 12 equal installments @ $305.54 monthly in addition to their normal monthly payment (subject to change due to escrow) of $323.42 for a total amount of $628.96 monthly. Arrears installments and the on-going payments to commence on April 1, 2020.

4. In the event of Debtor's default under the terms of the note and mortgage and/or this Order Secured Creditor will file an ex parte entry of an Order lifting the Automatic Stay in favor of Secured Creditor with service upon the Debtor, Debtor's Attorney, and the Chapter 11 Trustee, thereby terminating the automatic and allowing Creditor to pursue its rights under the Note and Mortgage, including but not limited to the continuation and consummation of an action to foreclose the Mortgage with respect to the Premises.

###

Attorney, April Harriott, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.