ORDERED.

Dated:  March 20, 2020

_Karen S. Jennemann_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:
Bieberle Enterprises, Inc

Case No. 6:14-bk-01832-CCJ
LEAD Case
Related case No. 6:14-bk-03020-CCJ
Chapter 11

_____Debtor._____/

**AGREED ORDER GRANTING BAYVIEW LOAN SERVICING, LLC
MOTION FOR RELIEF FROM THE AUTOMATIC STAY (CLASS 8)
AND REQUIRING DEBTOR TO CURE ARREARAGES
AND CANCELLING TRIAL SET FOR MARCH 23, 2020
RE: 4750 SOUTHERN WILLOW LANE, ORLANDO, FL 32808**

This case is scheduled for Trial on March 23, 2020 the Debtor and movant have reached an agreement to dispose of the Motion for Relief from Stay filed by Bayview Loan Servicing, LLC, (Class 8 successor-in-interest) (Doc. No 578), prior to trial and based on the consent of Debtor it is:

ORDERED:

1. The Motion for relief from the automatic stay is granted conditioned on the terms as set forth in this Order.

2. The Debtor must cure all post-confirmation arrearages as set forth in this order.

3. The automatic stay shall continue to stay in effect as a function of the confirmed chapter 11 plan terms as to Movant's interest in the following property: Lot 92, The Willows First Addition, A Subdivision According to The Plat or Map Thereof Described In Plat Book 12, At Page(S) 51, Of The Public Records Of Orange County, Florida.

4. The Debtor shall remit to movant regular monthly plan payments of **$322.11** per month commencing April 1, 2020 and within 12 months pay the full amount of post-confirmation arrearages via cure payments **$9,778.39** (via payments of 12 payment of $814.87 per month in addition to the regular monthly payment of $322.11 which results in a new monthly payment of **$1,136.98 due monthly for April 1, 2020 through March 1, 2021** (12 months) at which time monthly payments will resume at $322.11 per month or the then current monthly payment for April 1, 2021 and each month thereafter until the loan is either paid in full or otherwise satisfied of record.

5. The Debtor agrees to repay fees and costs in the amount of $1,050.00 for attorney fees and $181.00 for filing costs for filing the Motion for Relief due to post-confirmation default which have been incurred by Movant. The total fees and costs of $1,231.00 shall be an additional indebtedness owed by Debtor which must be repaid prior to loan maturity.

6. The trial scheduled for 2:00 p.m. on June 23, 2020 on the Motion for Relief from Stay (Doc. No. 578) is canceled. All other matters scheduled for trial on June 23, 2020 will proceed unless the Court orders otherwise.

###

Attorney Steven G. Powrozek is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.
14-275925